IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

**RONNIE CANDELARIA,**

    **Petitioner,**

v.                                                                  Case No. 1:24-cv-107-AW-ZCB

**OFFICE OF THE FLORIDA**
**ATTORNEY GENERAL, et al.,**

    **Respondents.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

Petitioner Ronnie Candelaria filed a § 2241 petition seeking habeas relief. ECF No. 2. At the time, he was committed to state custody for treatment related to competency. Later, he was transferred to the Miami-Dade County Sheriff to await trial on murder charges. Still later, he was convicted of murder and sentenced to life in prison. Thus, he is no longer a pretrial detainee. Accordingly, the magistrate judge issued a report and recommendation concluding the request for relief under § 2241 was moot. ECF No. 34. Candelaria has filed objections (ECF No. 37), and I have considered the matter de novo.[1]

---

[1] Candelaria's father also sent a letter, which the clerk docketed. ECF No. 38. The court has not considered that submission from a nonparty. Similarly, the court received (but did not docket) several *ex parte* emails from Candelaria's family, but the court did not consider them.

After careful consideration, I now adopt the report and recommendation and incorporate it into this order. The case is moot, meaning this court lack jurisdiction.

In his objection, Candelaria insists the magistrate judge could have acted earlier in the case—before Candelaria's conviction and sentence. But even if this is true, it makes no difference now. The bottom line is that at this stage, Candelaria is held neither as a pretrial detainee nor by DCF under a *Rubio* order, and the relief his petition sought is not available.

The clerk will enter a judgment that says, "The § 2241 petition is dismissed without prejudice for lack of jurisdiction." A certificate of appealability is denied. The clerk will close the file.

SO ORDERED on September 2, 2025.

s/ *Allen Winsor*
Chief United States District Judge